

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Ex parte Eddie Dale Underwood,          * From the 259th District Court
                                          of Jones County,
                                          Trial Court No. 6880-D.

No. 11-22-00137-CR                      * June 30, 2022

                                        * Per Curiam Memorandum Opinion
                                          (Panel consists of: Bailey, C.J.,
                                          Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.